GOODWIN *v.* MACNEILL, treasurer, *et al.*

DUCKWORTH, Justice. Where on conviction of a misdemeanor the accused was sentenced to serve a prison term and to pay a fine, the prison term to be suspended on payment of the fine, and before an appeal had been entered, in order to obtain the release of her person, she paid the fine

without deception or coercion, such payment was voluntary, and she could not, after the case had been reversed on appeal and had been nolprosed in the lower court, recover the amount of the fine. The court properly dismissed a petition for mandamus to enforce the re-payment of the fine. Code, § 20-1007.

*Judgment affirmed. All the Justices concur.*

No. 12764. MAY 9, 1939. REHEARING DENIED JUNE 17, 1939.

*C. G. Battle,* for plaintiff.

*Walter C. Hendrix, Hughes Spalding, W. S. Northcutt,* and *E. Harold Sheats,* for defendants.